RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta. Clerk

IN THE COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

FRANSISCO MATAMOROS § APPEAL NO: 13-13-00692-CR

V. § CAUSE NO: 2013-DCR-2237-E

THE STATE OF TEXAS §

FILED IN
COURT OF CRIMINAL APPEALS

DEC 11 2015

Abel Acosta, Clerk

APPELLANT'S FIRST MOTION REQUESTING AN

EXTENSION OF TIME TO FILE HIS PETITION FOR

DISCRETIONARY REVIEW

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Appellant, Pro Se, Fransisco Matamoros, TDC#1892998, confined in the Texas Department of Criminal Justice-ID, proceeding in the above appeal and cause numbers files this his FIRST "Motion For Extension Of Time" in compliance with T.R.A.P. 68.

Appellant by the operation of law, is to file his "Petition for Discretionary Review" to this Honorable Court within 30 days from the final decision rendered by the Thirteenth Court of Appeals, Cameron County, Texas.

The Thirteenth Court of Appeals affirmed appellant's conviction on November 5, 2015. Appellant is mandated to file his Petition for Discretionary Review no later than December 5, 2015, a Saturday.

The following circumstances justify this request for an extension respectfully:

1) Appellant's legal documentation was lost by the James V. Allred Unit's Property Storage Room while the Appellant was at a Federal Immigration Bench Warrant. Appellant has been contending with the

1....

James V. Allred Unit on the issue of them obtaining the legal documentation lost. Appellant is left with no legal documentation to properly file his Pro Se, Petition for Discretionary Review.

2) Appellant has limited access to legal materialt provided through the prison unit law library for research and appellant needs an extesion of time in order to be able to properly and correctly prepare and file his petition in a timely manner.

This request for an extension of time is by no means intended to improperly delay the matter at hand. Appellant respectfully requests an extension of (60) days, up to on or about: February 5, 2016.

PRAYER

**WHEREFORE PREMISES CONSIDERED**, Appellant respectfully prays that this motion for an extension of time be **GRANTED**.

Respectfully Submitted:

/s/ _Francisco Matamoros_

Fransisco Matamoros #1892998

Allred Unit

2101 FM 369 N.

Iowa Park, TX   76367

cc/File FM                             2.

## CERTIFICATE OF SERVICE

I, Fransisco Matamoros, #1892998, Appellant, Pro Se, in the above styled Appeal and Cause numbers do hereby certify that a true and correct original copy of the foregoing "Motion-For-an-Extension of Time" has been forwarded to the clerk's address below via: U.S. Mail, Postage Pre-Paid, on this day of December 1, 2015.

Forwarded to:   ABEL ACOSTA

CLERK OF THE COURT OF

CRIMINAL APPEALS OF TEXAS

P.O. BOX  12308

CAPITAL STATION

AUSTIN, TX  78711

Respectfully Submitted:

/s/ _Francisco Matamoros_

Fransisco Matamoros, Pro Se

cc:File FM